TERRELL ELLIS SISK V. STATE.

No. 25349. June 13, 1951.
Rehearing Denied October 10, 1951.

Hon. M. O. Goodpasture, Judge Presiding.

*W. M. Tucker,* Wellington, for appellant.

*George P. Blackburn,* State's Attorney, Austin, for the state.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving on a public highway in Hall County while intoxicated. The penalty assessed was a fine of $175.00 and 30 days in jail.

The state has filed a motion to strike the bills of exception and statement of facts because the same were not filed within the time provided by law. The record sustains this contention and the motion is accordingly granted.

The record is therefore before us without bills of exception or statement of facts, in which condition it presents nothing for our consideration.

The judgment of the trial court is affirmed.

ON MOTION FOR REHEARING

WOODLEY, Judge.

In this misdemeanor case, the statement of facts and bills of exception were not filed within the 30 days allowed by Art.

760(5), Vernon's Ann. C.C.P., (since repealed), the procedural statute applicable at the time notice of appeal was given and when the case was submitted in this court.

Also, it is observed that the statement of facts filed was not approved by the trial judge as then required by Art. 760, Vernon's Ann. C.C.P. See Moore v. State, 154 Tex. Cr. R. 307, 227 S.W.(2) 219.

The judgment was therefore properly affirmed. Appellant's motion for rehearing is overruled.

Opinion approved by the Court.